UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should Be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to case

[14-cv-03264-JD](14-cv-03264-JD)
   *In re Capacitors Antitrust Litigation*

I find that the more recently filed cases that I have initialed below are related to the case assigned to me, and such cases shall be reassigned to me.

| Case No. | Title | Related | Not Related |
|---|---|---|---|
| CR 17-73 | *United States v. Matsuo Electric Company Limited* | JD | |
| CR 17-74 | *United States v. Satoshi Okubo (aka Ohkubo)* | JD | |

## ORDER

The parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number.

Dated:  February 28, 2017

By: _____
James Donato
United States District Judge