Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | Case No: 3:17-CR-00073- |
|---|---|---|
| Plaintiff(s), | ) | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| v. | ) | (CIVIL LOCAL RULE 11-3) |
| MATSUO ELECTRIC CO., LTD. | ) | |
| Defendant(s). | ) | |

I, Curtis E. Woods, an active member in good standing of the bar of the State of Missouri, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Matsuo Electric Co., Ltd. in the above-entitled action. My local co-counsel in this case is Bonnie Lau, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| 4520 Main Street, Suite 1100<br>Kansas City, MO  64108 | One Market Plaza, Spear Tower, 24th Floor<br>San Francisco, CA  94105 |
| My Telephone # of Record: | Local Co-Counsel's Telephone # of Record: |
| (816) 460-2425 | (415) 882-5083 |
| My Email Address of Record: | Local Co-Counsel's Email Address of Record: |
| curtis.woods@dentons.com | bonnie.lau@dentons.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 27065.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:  03/06/17

Curtis E. Woods
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Curtis E. Woods is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  3/15/17

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                                                    *October 2012*