UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s),<br><br>v.<br><br>MATSUO ELECTRIC CO., LTD.<br><br>Defendant(s). | Case No: 3:17-CR-00073-<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Stephen D. Libowsky, an active member in good standing of the bar of the State of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Matsuo Electric Co., Ltd. in the above-entitled action. My local co-counsel in this case is Bonnie Lau, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>233 South Wacker Drive, Suite 5900<br>Chicago, IL  60606-6361 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>One Market Plaza, Spear Tower, 24th Floor<br>San Francisco, CA  94105 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(312) 876-2529 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 882-5083 |
| MY EMAIL ADDRESS OF RECORD:<br>stephen.libowsky@dentons.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>bonnie.lau@dentons.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6187081.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:  03/06/17

Stephen D. Libowsky
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Stephen D. Libowsky is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/15/17

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE